FILED
November 3, 2026
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,

v.

NIKOLAY GEORGEYEVICH SAPOV

CASE NO. 3:26-MJ-1328-BW

## MOTION FOR ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America moves for entry of an Order unsealing the Complaint and Arrest Warrant filed on October 6, 2026, as to the above-referenced defendant as he is now in state custody with a federal hold.

DATED this ___ day of November, 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Nadin-Sarah Salkić*
NADIN-SARAH SALKIĆ
Assistant United States Attorney
Texas State Bar No. 24073447
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8812
E-Mail: nadin-sarah.salkic@usdoj.gov