# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

**FILED**
**October 6, 2026**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States of America
v.
Nikolay Georgeyevich Sapov

*Defendant(s)*

Case No. 3:26-MJ-1328-BW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 6/22/2026 - on or about 8/20/2026 in the county of Dallas in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2261A(1) and (2) | Stalking. |

This criminal complaint is based on these facts:

See attached Affidavit of FBI SA Danielle Manning.

☑ Continued on the attached sheet.

Danielle Manning
*Complainant's signature*

Danielle Manning, SA, FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: October 6, 2026

*Judge's signature*

City and state: Dallas, Texas

BRIAN MCKAY, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Danielle M. Manning, being duly sworn, do depose and state as follows:

## AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the Dallas Division. I have been employed as a Special Agent for the FBI since October 2023. I received formal training from the FBI and have been assigned to the FBI's Dallas Violent Crimes Task Force. During my time as a Special Agent, I have investigated and assisted in investigating bank robberies, kidnappings, assaults on federal officers, and other violent crimes. I have used various investigative techniques, such as interviews, the execution of search warrants, and cellular records to investigate violent offenses.

2. The information contained in this affidavit is from my personal knowledge and from information provided by other individuals; it does not represent all information collected in this investigation. This affidavit only includes the facts necessary to establish probable cause for the arrest of Nikolay Georgeyevich Sapov ("Sapov"), for stalking, in violation of 18 U.S.C. § 2261A.

3. Affiant knows that it is a violation of 18 U.S.C. §2261A, which provides:

(1) Whoever travels in interstate or foreign commerce or is present within the special maritime and territorial jurisdiction of the United States, or enters or leaves Indian country, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, and in the course of, or as a result of such travel or presence engages in conduct that-

(A) places that person in reasonable fear of the death of, or serious bodily injury to-
i. that person;
ii. an immediate family member (as defined in section 115) of that person;
iii. a spouse or intimae partner of that person; or
iv. the pet, service animal, emotional support animal, or horse of that person; or

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause i, ii, iii, or iv of paragraph (A); or

(2) With the intent to kill, injure, harass, intimidate, or place under surveillance with intent to injure harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that-

(A) places that person in reasonable fear of the death of or serious bodily injury to a person, a pet, a service animal, an emotional support animal, or a horse described in clause i, ii, iii, or iv of paragraph (1)(A); or

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clause i, ii, or iii of paragraph (1)(A)

## FACTS ESTABLISHING PROBABLE CAUSE

4. The victim (who will be referred to throughout this affidavit by their initials), L.M., was hired for a position working in player services at the Miami Open and the first Miami Open L.M. worked was in 2021. The Miami Open, a major professional tennis tournament held annually in March in South Florida, was three weeks long and was a highly credentialed event. Because of the notoriety of the event and the players, the employees were held at a high standard. As a player services employee, L.M. was responsible for assisting the professional tennis players playing at the tournament with specific tasks, such as booking practice courts. Because L.M. speaks Spanish, L.M. was able to assist the Spanish-speaking players.

5. One of L.M.'s coworkers at the Miami Open, Nikolay **Sapov** ("**Sapov**"), had been working the Miami Open for at least five years when L.M. started working in player services and has worked every year since then making them coworkers for three weeks every year for the last five years. **Sapov** is Russian-born and has mostly lived in Canada. **Sapov** speaks Russian and because there was a strong contingent of Russian players at the tournament, **Sapov's** language skills were very helpful as a player services employee. On occasion, L.M. had to communicate with **Sapov** when L.M. worked with Russian-speaking players, but they frequently communicated in general as coworkers on the player services team.

6. In the five years L.M. and **Sapov** worked as coworkers, **Sapov** made L.M. feel uncomfortable on numerous occasions. While it was initially just discomfort, L.M.'s feelings towards **Sapov** progressed into something worse, to the point that it started affecting their physical well-being. L.M. shared these concerns with L.M's father, ("V.M."), who worked as a clinical psychotherapist. When L.M. informed V.M. about **Sapov's** behavior towards them, V.M. told L.M. to "be nice" to **Sapov** because **Sapov** was probably on the Autism spectrum or had Asperger's. V.M. also advised L.M. not to make **Sapov** mad or upset him. At the time, despite finding **Sapov's** behavior unusual, L.M. believed **Sapov** was nice and polite.

7. **Sapov** has an Instagram account, under moniker name **"tennis.nik",** and he began following L.M.'s Instagram account. However, while L.M. allowed **Sapov** to follow L.M., mostly due to V.M.'s advice, L.M. blocked **Sapov** from viewing their Instagram stories, which is mostly what L.M. posts to. **Sapov** followed a lot of L.M.'s

relatives on Instagram, including relatives who did not share L.M.'s last name and lived all over the world. **Sapov** followed L.M.'s grandfather's niece, a distant cousin, and L.M. could not understand how **Sapov** connected the relatives to L.M. L.M. found this activity strange. **Sapov** knew L.M.'s birthday because it was the same month as the Miami Open and L.M. talked about their birthday in front of their coworkers, including **Sapov**. L.M. also had Facebook, LinkedIn, and an old Twitter account. L.M.'s long-term boyfriend, E.P., also had accounts on the same platforms and posted more than L.M. L.M. thought that **Sapov** may have looked up E.P.'s address to find where L.M. lived.

8. **Sapov** opened an LLC with L.M.'s name on it right after L.M. and **Sapov** met. V.M. L.M. ("V.M."), V.M., got involved and proceeded to communicate with **Sapov**, through WhatsApp. V.M. indicated to **Sapov** that L.M. did not agree with opening the LLC in their name and was not financially responsible for anything in relation to the business. The number associated with **Sapov**'s WhatsApp account was a different number than the number **Sapov** used to send text messages to L.M. The number **Sapov** used to send text messages to L.M. was 206-741-8893. The number associated with **Sapov**'s WhatsApp account was 647-884-4678. L.M. and V.M. checked with the IRS to confirm that L.M.'s name was not attached to the company, and it was not.

9. **Sapov** was learning Spanish and had become obsessed with Argentina which is L.M.'s home country. **Sapov** met L.M.'s mother, C.M., and V.M. the first year L.M. worked the Miami Open in 2021. V.M. and C.M. traveled to South Florida to attend a match at the tournament. L.M.'s parents also attended the Miami Open in 2022. During the 2022 Miami Open, **Sapov** gifted C.M. with Alfajores, a traditional Argentine dessert.

C.M. was stunned by the gesture, mostly because C.M. is Argentinian, and tried to refuse the dessert but eventually accepted it. In 2022, L.M. and V.M. accepted tickets from **Sapov** to the US Open. The US Open, a major professional tennis tournament held annually in August in Queens, New York, was three weeks long and was a highly credentialed event. **Sapov** accompanied and spent all of September 1, 2022 with L.M. and V.M. at the US Open. At this point, L.M. still considered **Sapov's** behavior as strange, but due to V.M.'s advice and the belief that **Sapov** may be on the spectrum, L.M. and their family continued to be nice to **Sapov**, despite him continuing to make them feel uncomfortable.

10. Sometime in 2023, L.M. received a package in the mail at their apartment, located at 1700 SW 78th Avenue, Apt. S-0406, Plantation, FL, with information regarding **Sapov** purchasing a star-naming gift for L.M.. L.M. believed **Sapov** was the purchaser of the gift because the handwriting on the back of the star-naming certificate matched **Sapov's** handwriting from items **Sapov** provided to L.M. in the past. L.M.'s name was on the lease at that apartment, but L.M. did not know how **Sapov** got L.M's address to send the package. L.M. never shared their address with **Sapov** or in his presence. The star-naming gift and the handwritten letter on the back of the certificate made L.M. feel uncomfortable, especially when **Sapov** expressed his love for L.M. in his letter.




Lucia,
Most sacred, special place in my
heart is and will always be
yours. And yours alone... My
biggest wish is to simply see
you happy. My most cherished
memory is telling you how I
feel, I meant it every time.
I mean it now, I love you.
Never have I ever felt one
drop of anger towards you. Anything
that went wrong I forgive.
I ask for your help & forgiveness
too. Without it I have nothing.
Truth is, I do not know how
to keep going. But I first tell
you: I am sorry for every second
of pain and disappointment.
It was never meant,
I will try to get back-up
and be a man deserving
of your forgiveness.
The brightest star in my sky,
is you Lucia, please know that.

A picture of the star registration certificate and the handwritten letter L.M. received at their apartment in Plantation, Florida. The certificate is dated March 1, 2023, and L.M.'s birthday is March 1. The handwriting is very similar to the other handwritten items from Sapov below.


...and the joy that comes
from being with
the ones you love
at the holidays.
Merry Christmas
TO ALL OF YOU
I will always think the world
of you guys. May everything
go perfect or close to it!
Que se cumplan todos tus deseos
en el Año nuevo!
Con amor,
Nikolay

I, Nikolay Sapov swear to not
let my partner and co-
founder of Camila Soft,
Ms. Lucia Minniti face any
negative consequences related
to Camila Soft. All liability
remains with me. All key
decisions will still be made only
with agreement between the
two of us. I have and will
continue to give full trans-
parency to my business partner,
my trust in her is complete &
unquestionable.
September 21, 2023

A screenshot of a greeting card Sapov sent to L.M. via text on December 18, 2023 (left) and a screenshot of a letter Sapov sent to L.M. via text on September 22, 2023 (right).

11. In 2022, **Sapov** asked L.M. to pick up a gym bag he left at the Miami Open. L.M. picked up the bag and had it in their possession for two years in L.M's apartment because **Sapov** would not make plans with L.M. to get his bag back. The bag sat in the corner of the dining room in L.M.'s apartment and L.M. never looked inside the bag. **Sapov** then offered to pay for L.M. to travel to Toronto to take Sapov's bag to him. L.M. declined and insisted that **Sapov** make plans to get his bag. On June 25, 2024, L.M. put **Sapov**'s bag in an Uber and sent it to **Sapov**'s friend in Boca Raton, FL. L.M. found the situation to be very odd, and L.M. was disturbed that **Sapov** asked L.M. to bring the bag to him in Canada.







These are screenshots of text messages Sapov sent L.M. in January 2024 about his bag.

12. The player services team occasionally had slow moments during the tournament when they were able to talk to each other or contact their friends and family

on the phone. On at least one occasion, **Sapov** handed his phone to L.M. while **Sapov** was FaceTiming his mother and walked away saying he needed to do something. **Sapov's** mother lived in Moscow, Russia and spoke Russian, a language that L.M. does not speak, so L.M. was confused by **Sapov** giving L.M. his phone. L.M. felt extremely uncomfortable when **Sapov** put L.M. in situations like this because L.M. did not want to be rude to **Sapov**, but L.M. was worried about his reaction if L.M. declined to do what he wanted L.M. to do.

13. A Miami Open coworker, Pamela Zambrano (Zambrano), told L.M. that **Sapov** told Zambrano that **Sapov** and L.M. had plans to travel to Argentina, which was false. L.M. sent a text to **Sapov** asking about his conversation with Zambrano and **Sapov** never responded. Zambrano and **Sapov's** interaction made L.M. feel uncomfortable because L.M. never made any plans to travel with **Sapov** anywhere.

14. L.M. felt like they were in a constant cycle of being forced to deal with **Sapov** if L.M. wanted to continue working at the Miami Open. Specifically, L.M. thought they could avoid **Sapov** at the Miami Open, but they were unable to. L.M. felt safe at the tournament but was afraid to see **Sapov**. During the first few days of the tournament, **Sapov** was "normal" and would banter with the player services team, but after the tournament, he sent text messages to L.M. for the next eight months. It was abnormal for the members of the player services team to communicate outside of the three weeks of the Miami Open.

15. **Sapov** frequently sent text messages to L.M. about tennis. The text messages did not contain any threats but made L.M. feel uncomfortable. L.M. was afraid

to tell coworkers, other than Zambrano, about **Sapov**'s behavior towards L.M. because **Sapov** worked at the Miami Open for a long time. L.M. was aware that **Sapov** had gotten away with violating numerous rules as a player services employee. For example, on one occasion, **Sapov** gave his credentials to someone else to use while he was working the Miami Open. Employees are prohibited from sharing their credentials with others, but **Sapov** was not fired for this act. L.M. believes **Sapov** did not get in trouble for his actions because of his unique skill set and experience working numerous tournaments.

16. Believing that **Sapov** was untouchable made L.M. feel even more powerless because L.M. felt like they could not speak up about their issues with **Sapov**, especially not to anyone other than Zambrano. However, on numerous occasions, L.M. told **Sapov** how his actions made L.M. feel. L.M. also started muting **Sapov's** text messages around 2022 or 2023 when they realized his messages were incessant outside of their working season. L.M. would unmute **Sapov's** messages when L.M. and **Sapov** were working at the Miami Open and then mute them again after the tournament ended. In addition to the text messages, **Sapov** also sent emails to L.M. in 2022 and 2023. The content of the emails ranged from information about the business to congratulatory messages sent to professional tennis players on behalf of L.M.. The emails made L.M. feel uncomfortable and L.M. never responded to them.

**From:** Nikolay Sapov <sapovnikolay@gmail.com>
**Date:** July 25, 2022 at 9:54:33 AM CDT
**To:** [redacted]
**Cc:**
**Subject: Big Congrats!**

Dear [redacted]

It was such a joy to watch you do so well in Palermo! We know you are disappointed, but there is much to be proud of. Making the final of the premier event is huge; your matches were shown on the Tennis Channel here during prime time! It is to emphasize that you have already achieved enormous success, and there is so much more to come. There will be many Big Wins and Titles in the future; seeing how you compete, it's a given.

In our hearts, you are a Champion! Keep up the belief and that fierce fighting spirit no matter the situation.

Celebrate what you achieved, and take time to recover. More than anything, we wish you to stay healthy and happy.

With all our Love,
[redacted]nd Nikolay 💕




This is a screenshot of an email Sapov sent to professional tennis player Lucia Bronzetti, with L.M. cc'ed, on July 25, 2022, signed "With all our Love, Lucia and Nikolay".

**From:** Nikolay Sapov <sapovnikolay@gmail.com>
**Date:** November 2, 2023 at 8:01:17 PM CDT
**To:** [redacted]
**Subject: Camila Soft**

Hey [redacted]

To keep you in the loop sending the list of work items I am busy handling. If/when you have time, below some of the things that will be helpful to look at. Our motto: My work is our work, Your work is our work because **WE ARE STRONGER TOGETHER**!!!

Tasks for [redacted]

1. Become familiar with the Software, provide the feedback on what is working and what needs to be added or improved.
2. Start preparing marketing strategy.
3. Re-visit Camila Soft Website, be ready to make it live as we need it once the product is ready.
4. Investigate how Camila Soft assets can be moved to another a new entity, if we collectively decide that this is the best option moving forward. Alternatively look into creating a brand new company concept. [Suggestion from Vincent]
5. Help us decide at what point we are ready to demo the Software, how do we know we are ready.
6. Start thinking about the cost structure, license agreements with the tournaments.
7. Look into adding advertising to our Website and Product as it could be a significant revenue stream.
8. Agree on what Tournaments do we approach, and in what order. I am thinking:

**FIRST: Miami Open ([redacted]to setup a meeting to showcase the product)**
**SECOND: US Open (Nikolay to kick off the discussion and setup a meeting)**

This is a screenshot of a business email Sapov sent to L.M. on November 2, 2023.




These are screenshots from text messages Sapov sent to L.M. in July and August 2023.




These are screenshots of text messages Sapov sent to L.M. in March 2024.

17. On or about June 22, 2026, at around 3 pm or 4 pm as L.M. and E.P. arrived at their apartment complex from the World Cup match between Argentina and Austria at Dallas Stadium, they observed **Sapov** walking around near their apartment building. L.M. was immediately concerned because L.M. did not know how **Sapov** found out where they lived and their apartment complex is gated. L.M. told E.P. to keep driving as L.M. reclined their seat to prevent **Sapov** from seeing them. In the rearview mirror, E.P. saw **Sapov** looking at E.P.'s vehicle with **Sapov**'s phone to his ear. L.M. believed **Sapov** was making a phone call or recording a voice note. **Sapov** saw E.P. as L.M. and E.P. drove past **Sapov**. An hour later, L.M. observed **Sapov** in the same area near their apartment building wearing an Argentina soccer jersey, which he did not have on the first time L.M. saw him.

18. L.M. called Village Safety Patrol (Village Patrol) and the Dallas Police Department (DPD). DPD arrived on scene and located **Sapov**. The officers completed a harassment offense report. Later that evening, L.M. and E.P. heard someone coming up the stairwell that led to their apartment. The couple looked out their peep hole and observed **Sapov**. **Sapov** was wearing different clothing than when L.M. and E.P. saw **Sapov** earlier. **Sapov** was wearing a blue and white Argentina soccer jersey with orange shorts. L.M. contacted Village Patrol, L.M's neighborhood security, and informed them that L.M. saw **Sapov** hanging around the area of L.M's apartment.

On or about June 23, 2026, at around 2 am, Village Patrol apprehended a man fitting **Sapov**'s description, including Sapov's clothing, and called E.P. Village Patrol sent a picture of the individual, wearing an Argentina soccer jersey and orange shorts, to L.M. L.M. confirmed the man in the photo was **Sapov** and L.M. called DPD. The officers completed a stalking offense report and **Sapov** was

criminally trespassed from the property and released. Later that morning, L.M. and E.P. traveled out of town for E.P.'s work trip.



These are screenshots of Dallas Police Department body camera footage taken on June 23, 2026. The screenshots depict Sapov wearing dark shoes with white trim and light socks with a logo similar to the shoes and socks in the screenshots below.

19. On or about June 24, 2026, as L.M. and E.P. were returning to their apartment from E.P.'s work trip, L.M. received a phone call from the neighbor directly across from their apartment. The neighbor, Jade Bly (Bly), told L.M. not to come home because someone matching **Sapov**'s description with a full rubber mask on his face was at L.M. and E.P.'s apartment door looking at a package and doing something in the area of the door handle. Bly had a Ring doorbell camera and confronted the suspect through the camera's microphone, and the suspect immediately fled. Bly then sent the Ring footage to L.M. and to Village Patrol. Village Patrol informed L.M. that the individual seen on the Ring camera was wearing the same shoes and socks as the day prior and matched **Sapov**'s description. L.M. called DPD again and made another police report. L.M. sent the Ring footage to DPD Sexual Assault Unit Detective David Hernandez

("Hernandez") who was assigned to L.M.'s case. L.M. later found out that a neighbor in the apartment complex who frequently walks the area around the complex saw a man fitting **Sapov**'s description hanging around the area for about two weeks.




These are screenshots of Ring camera footage from June 24, 2026. The screenshots depict a masked individual with a similar build, height, shoes, and socks to Sapov.

20. Before **Sapov** showed up at L.M's apartment, L.M. did not believe they were in physical danger, but as L.M. was many times before, L.M. was in emotional distress and feared for their life. After the incident on June 24, 2026, L.M. and E.P. stayed in a hotel in Tyler, TX. Tyler PD went to the couple's hotel, took a report, and checked E.P.'s vehicle for tracking devices. In addition to living in hotels for a total of 14 days between June 24, 2026, and August 3, 2026, due to Sapov's behavior, L.M. and E.P. purchased a firearm for protection. The costs associated with their temporary relocation,

camera equipment, safety equipment, etc. cost L.M. and E.P. approximately $4000 and invaluable emotional distress.

21. Pursuant to a subpoena return from Turo, a peer-to-peer car sharing marketplace, **Sapov** rented a 2025 blue Jeep Compass, with Colorado license plate DZSL48, from the Dallas/Fort Worth International Airport from June 21, 2026 to June 25, 2026. According to body camera footage and the DPD incident report from June 23, 2026, **Sapov** was in possession of the previously mentioned vehicle. In addition, pursuant to a subpoena return from the Westin Galleria Dallas, **Sapov** arrived at the hotel on June 21, 2026, and departed on June 22, 2026. The car rental and hotel stay records place **Sapov** in Dallas and corroborate his statement that he was present in Dallas.

22. The FBI informed L.M. that a police report was made by the Orlando Police Department (Orlando PD) on or about May 15, 2025, after **Sapov** was observed walking around the residential parking lot and acting suspicious in the area of 1925 Lakemont Avenue, Orlando, FL 32814, which was near L.M.'s parents' home in Orlando. L.M. was living at their parent's house on or about May 15, 2025. During this interaction, officers found that **Sapov** had a Flipper Zero, an electronic device that reads, copies, and mimics analog and digital radio signals, on his person. Flipper Zeros are legal to own, but using them to interact with systems without authorization, such as cloning restricted radio frequencies, opening automated gates you don't own, or intercepting a valid data transmission, is illegal. Prior to his apprehension, a neighbor reported seeing a person matching **Sapov**'s description lurking in the area of L.M.'s parent's house. L.M.

took their usual 4-5 mile walk around Lake Baldwin directly behind their parent's house that day.

23. After discussing the Orlando incident with L.M., L.M. informed the FBI of an incident that occurred at L.M.'s apartment when L.M. lived in Plantation, FL in 2023. According to the Plantation Police Department (Plantation PD) incident report from July 1, 2023, L.M's apartment, located at 1700 SW 78th Avenue, #406, was broken into while L.M. was present. L.M. exited their bedroom to look through the peep hole and L.M. observed a white male attempting to open the door to the apartment. While looking through the peep hole, it appeared to L.M. that the unknown male was attempting to pick the lock on the door. When the door opened, L.M. said, "what the fuck" and the unknown male immediately turned around and exited the residence. L.M. temporarily left their apartment and when they returned to retrieve some belongings before they left for the night, L.M. observed a Papa Johns pizza box with a note and a key taped to it. Plantation PD attempted to use the key that was taped to the box on the lock on L.M.'s door and the key unlocked the lock. L.M. advised that they were given two keys for the lock to their apartment and was in possession of both keys. Pursuant to a grand jury subpoena return from Bank of America, **Sapov** made a purchase at a Papa Johns store, located at 1451 South University Drive, Plantation, FL, on July 1, 2023. This purchase is significant because the pizza box L.M. found in their apartment was from Papa Johns and the Papa Johns location **Sapov** made a purchase at was .3 miles away from L.M.'s apartment and it further corroborates **Sapov's** course of conduct towards L.M.






These are screenshots of Orlando Police Department body camera footage taken on May 15, 2025, when Sapov was detained. The screenshots depict Sapov wearing shoes and socks similar to the ones he was wearing in Dallas on June 23, 2026, and to the ones the masked individual caught on camera at L.M.'s apartment door was wearing. The orange and white device in the screenshot on the right is a Flipper Zero.

24. On or about August 1, 2026, L.M. received three text messages, and an Artificial Intelligence (AI) generated photo of L.M. and **Sapov** from **Sapov**. One of the text messages was regarding the LLC **Sapov** attempted to open in L.M.'s name. Another message was an invite to the US Open. The third message sent with the AI-generated photo said, "To many good moments and to building a successful path forward. ". L.M. believed the photo was AI-generated because L.M. had never taken a photo in which L.M. posed with **Sapov** in such a manner. L.M. found the picture to be very disturbing and believed **Sapov** sent it to L.M. in an attempt to bait, intimidate, and scare L.M. into responding to his messages.




These are screenshots of the three text messages and an AI generated picture Sapov sent to L.M. on August 1, 2026. In the picture, L.M. is holding what appears to be a blue and white Argentina flag and has a ring on LM.'s ring finger on L.M.'s left hand.

25. When asked about what tennis tournaments **Sapov** may attend in the future, L.M. believed **Sapov** would be working or attending the National Bank Open in Canada, which took place in Montreal and Toronto on or about August 1-14, 2026. L.M. was confident that **Sapov** would be working at the US Open taking place from August 23, 2026, to September 13, 2026, in Queens, New York. L.M. was aware that **Sapov** worked on the transportation team at the US Open in the past.

26. Due to **Sapov's** disturbing behavior, L.M. made repeated police reports, which led to the Dallas Police Department issuing an arrest warrant for stalking. The

arrest warrant was issued on June 25, 2026. L.M. continued to receive additional text messages from **Sapov** until August 20, 2026.

27. On or about August 22, 2026, **Sapov** was taken into custody by US Customs and Border Protection, pursuant to the arrest warrant for a stalking charge out of Texas, as he was traveling on an Amtrak train from Canada to into the US. **Sapov** was in possession of a Flipper Zero, the device he was in possession of when he was in the area of L.M.'s parent's house in 2025, when he was taken into custody. **Sapov** was also in possession of two Apple iPhones.

28. Upon arrest, **Sapov** was read his Miranda Rights and agreed to speak with FBI SA Husen Ali and FBI CBP Task Force Officer (TFO) Edward Keener without counsel present. **Sapov** indicated he was actively seeking out L.M. because he believed L.M. owed him money for their business. **Sapov** also admitted to wearing a mask when he looked for L.M. in a neighborhood, where L.M. lives, due to an interaction he had with the Dallas Police Department, with the intent to hide his identity. **Sapov** indicated that he traveled to Dallas with the intent to find L.M.

29. Search warrants were executed on both phones by U.S. Customs and Border Protection (CBP). CBP provided a partial extraction of one of the phones. The extraction contained numerous pictures of women, pictures of L.M., a screenshot of a note containing two streets that surround L.M.'s neighborhood, photograph of women's shoes exhibited in an apparent sexual way, and screenshots of key copying/locksmith companies. There were also explicit AI-generated photographs and videos of a woman who resembled L.M.

## CONCLUSION

30. Based on the foregoing, there is probable cause to believe that, from on or about June 22, 2026, through on or about August 20, 2026, **Nikolay Georgeyevich Sapov** ("**Sapov**") violated 18 U.S.C. §2261A(1) and (2). Specifically, with the intent to harass or intimidate L.M., **Sapov** traveled in interstate or foreign commerce to Dallas, Texas, and, in the course of or as a result of that travel, engaged in conduct that placed L.M. in reasonable fear of death or serious bodily injury and caused, attempted to cause, or would reasonably be expected to cause L.M. substantial emotional distress. **Sapov** admitted that he traveled to Dallas with the intent to find L.M. On June 22, 2026, **Sapov** appeared at L.M.'s gated apartment complex, where L.M. had not told **Sapov** they lived, and remained in the area. **Sapov** subsequently appeared near L.M.'s apartment and was located by Village Patrol and criminally trespassed from the property. On June 24, 2026, an individual matching **Sapov's** physical description and wearing shoes and socks consistent with those **Sapov** had worn appeared at L.M.'s apartment door wearing a full face mask and fled after being confronted through a neighbor's Ring camera. **Sapov** later admitted that he wore a mask while looking for L.M. in the neighborhood where L.M. lived in order to conceal his identity.

31. There is also probable cause to believe that, during this same course of conduct and with the intent to harass or intimidate L.M., **Sapov** used an electronic communication service or electronic communication system of interstate commerce to engage in a course of conduct that placed L.M. in reasonable fear of death or serious

bodily injury and caused, attempted to cause, or would reasonably be expected to cause L.M. substantial emotional distress. **Sapov** had repeatedly communicated with L.M. by text message despite L.M. expressing discomfort with his communications and conduct. After traveling to Dallas and appearing at or near L.M.'s residence as described above, **Sapov** continued sending L.M. text messages. On August 1, 2026, **Sapov** sent L.M. at least three text messages and an AI-generated image depicting L.M. and **Sapov** together, which L.M. believed **Sapov** sent in an attempt to bait, intimidate, and scare L.M. into responding. **Sapov** continued sending L.M. text messages through August 20, 2026. These communications were part of **Sapov's** continuing course of conduct directed at L.M.

32. **Sapov's** conduct occurred against the background of his prior unwanted conduct toward L.M., including repeatedly communicating with L.M. outside their working relationship, obtaining and using L.M.'s residential address without L.M. providing it to him, and previously appearing near the Florida residence where L.M. was living. Aas a result of **Sapov's** conduct, L.M. feared for their life and experienced substantial emotional distress. L.M. and E.P. temporarily relocated from their residence and lived in hotels for a total of approximately $4,000 in expenses associated with their temporary relocation and security measures. Accordingly, there is probable cause to believe **Sapov** violated 18 U.S.C. §2261A(1) and (2), and I request that the Court issue a warrant for **Sapov** for this offense.

Respectfully submitted,

Danielle Manning

Danielle Manning
Special Agent, FBI

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1 on October 6, 2026.

BRIAN McKAY
United States Magistrate Judge
Northern District of Texas